KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: Kym@RichardHarrisLaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANN SCOTT, | CASE NO.:   2:18-cv-00303-JCM-VCF |
| Plaintiff, | |
| vs. | **MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** |
| SMITH'S FOOD AND DRUG CENTERS, INC., d/b/a SMITH'S FOOD AND DRUG CENTER, a Foreign Corporation; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally, | |
| Defendants. | |

Plaintiff ANN SCOTT ("Plaintiff"), by and through his attorney of record Kym S. Cushing, Esq., of the RICHARD HARRIS LAW FIRM, hereby request that      Michaela E. Wood, Esq. be removed from the list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Michaela E. Wood, Esq. is no longer with the Richard Harris Law Firm. Given the appearance of the attorney on behalf of Plaintiff, no party will be prejudiced by the counsel's withdrawal.

DATED this _____ day of July, 2018.

**RICHARD HARRIS LAW FIRM**

KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ 7-12-2018

RICHARD HARRIS
LAW FIRM

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of RICHARD HARRIS LAW FIRM and that on this *11th* day of July, 2018, I served a copy of the foregoing, **MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST**, as follows:

[ X ]    Electronic Service – in accordance with FRCP Rule 5(b)(2)(E).

Jerry S. Busby, Esq.
**Cooper Levenson, P.A.**
1835 Village Center Circle
Las Vegas, NV 89134
*Attorneys for Defendant*

Nicole Gilenson
An employee of RICHARD HARRIS LAW FIRM
Email: nicole@richardharrislaw.com