JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANN SCOTT, | CASE NO. 2:18-cv-00303-JCM-VCF |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD AND DRUG CENTERS, INC., d/b/a/ SMITH'S FOOD AND DRUG CENTER, a Foreign Corporation; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally, | **STIPULATION AND ORDER TO CONTINUE DUE DATE FOR DEFENDANT'S RESPONSE** |
| Defendants. | |

COMES NOW, Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its

attorney of record, JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., and Plaintiff

ANN SCOTT, by and through her attorney of record, JOSHUA R. HARRIS, ESQ., of the RICHARD

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 4627791.1

HARRIS LAW FIRM, hereby respectfully requests that Defendant's Response to Plaintiff's Motion to Compel be extended until the end of the day on September 4, 2018.

DATED this 30th day of August, 2018.

RICHARD HARRIS LAW FIRM     COOPER LEVENSON, P.A.

/s/ Joshua R. Harris, Esq.     /s/ Jerry S. Busby, Esq.
JOSHUA R. HARRIS, ESQ.     JERRY S. BUSBY, ESQ.
Nevada Bar No. 009580     Nevada Bar No. 001107
801 South Fourth Street     1835 Village Center Circle
Las Vegas, Nevada 89101     Las Vegas, Nevada 89134
(702) 444-4444     (702) 366-1125
Attorneys for Plaintiff     Attorneys for Defendant
ANN SCOTT     SMITH'S FOOD & DRUG CENTERS, INC.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____8-31-2018_____

CLAC 4627791.1