# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANN SCOTT,<br><br>        Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG CENTER, *et al.*,<br><br>        Defendants. | 2:18-cv-00303-JCM-VCF<br>**ORDER** |

This matter is now before the Court on Plaintiff's Motion to Compel Production of Documents Pursuant to FRE 612 and FRCP 30(b)(6). (ECF No. 19).

IT IS HEREBY ORDERED that, on or before September 19, 2018, a copy of the notes used by Craig Demos at his deposition on August 9, 2018 as described in ECF No. 19 at 27-32 and ECF No. 22 at 2 shall be delivered to chambers for an *in camera* inspection. The documents must be delivered directly to the chambers of U.S. Magistrate Judge Cam Ferenbach in a sealed envelope marked "CONFIDENTIAL AND DO NOT FILE." The Court will issue a decision on Plaintiff's Motion to Compel following the *in camera* review of the notes.

DATED this 11th day of September, 2018.

                                                                         _____
                                                                         CAM FERENBACH
                                                                         UNITED STATES MAGISTRATE JUDGE