**SAO**
RICHARD A. HARRIS, ESQ.
Nevada Bar No. 505
JOSHUA R. HARRIS, ESQ.
Nevada Bar No. 9580
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: kym@richardharrislaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANN SCOTT, <br><br> Plaintiff, <br><br> vs. <br><br> SMITH'S FOOD AND DRUG CENTERS, INC., d/b/a SMITH'S FOOD AND DRUG CENTER, a Foreign Corporation; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally, <br>　　　　　　　　Defendants. | CASE NO.: 2:18-cv-00303-JCM-VCF <br><br> **STIPULATION AND ORDER TO CONTINUE DUE DATE FOR PLAINTIFF'S OPPOSITION** |

COMES NOW, Plaintiff ANN SCOTT, by and through her attorney of record, the RICHARD HARRIS LAW FIRM, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., d/b/a SMITH'S by and through their attorney JERRY BUSBY, ESQ. of COOPER LEVENSON, P.A. hereby respectfully requests that Plaintiff's Opposition to Defendant's Motion to Exclude Plaintiff's Claim for Future Medical Expenses, Lost Wages and Other Miscellaneous Damages be extended until the end

/ / /

1

of the day on October 25, 2018.

DATED this 22nd day of October, 2018.

**RICHARD HARRIS LAW FIRM**

/s/ Joshua Harris
BY: _____
JOSHUA R. HARRIS, ESQ.
Nevada Bar No. 9580
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 22nd day of October, 2018.

**COOPER LEVENSON, P.A.**

/s/ Jerry Busby
BY: _____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 1107
1835 Village Center Circle
Las Vegas, NV 89134
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 22nd day of October, 2018.

_____
Cam Ferenbach
United States Magistrate Judge

Submitted by:

**RICHARD HARRIS LAW FIRM**

/s/ Joshua Harris
BY: _____
JOSHUA R. HARRIS, ESQ.
Nevada Bar No. 9580
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*