JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANN SCOTT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., d/b/a/ SMITH'S FOOD AND DRUG CENTER, a Foreign Corporation; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>　　　　Defendants. | CASE NO. 2:18-cv-00303-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE DUE DATE FOR DEFENDANT'S REPLY**<br><br>**(FIRST REQUEST)** |

COMES NOW, Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, JERRY S. BUSBY, ESQ. of COOPER LEVENSON, P.A. and Plaintiff by and through her attorney of record, KYM S. CUSHING, ESQ. of THE RICHARD HARRIS LAW FIRM, and hereby respectfully request that Defendant's Reply to Plaintiff Ann Scott's Opposition To

///
///
///
///
///
///
///
///

CLAC 4726230.1

Defendant's Motion to Exclude Plaintiff's Claims For Future Medical Expenses, Lost Wages, And Other Miscellaneous Damages be extended until the end of the day on November 16, 2018.

Respectfully submitted this 14th day of November, 2018.

| RICHARD HARRIS LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/Kym Cushing, Esq. | /s/ Jerry S. Busby, Esq. |
| KYM S. CUSHING, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 004242 | Nevada Bar No. 001107 |
| 801 South Fourth Street | 1835 Village Center Circle |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89134 |
| (702) 444-4444 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| ANN SCOTT | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-15-2018

CLAC 4726230.1