# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ANN SCOTT | Attorney Fees |
| | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | Case Number: 2:18-CV-303 JCM (VCF) |
| SMITH'S FOOD AND DRUG CENTERS, INC. | |
| Defendant. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Smith's and against Richard Harris Law Firm in the amount of $3,957.50.

| | |
|---|---|
| January 21, 2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |