JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada  89134
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANN SCOTT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., d/b/a/ SMITH'S FOOD AND DRUG CENTER, a Foreign Corporation; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>　　　　　Defendants. | CASE NO. 2:18-cv-00303-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br>**(FIRST REQUEST)** |

WHEREAS, due to Covid restrictions, the Court has advised counsel that it will not be holding civil trials for the remainder of the calendar year 2020 and further requested that counsel submit a stipulation to continue trial setting to the Court; and

WHEREAS, earlier today Defense counsel submitted a "Motion to Amend Joint Pre-Trial Order (ECF No 68)"[1] requesting that the Court enter an amended order changing this case from a bench trial to a jury trial;

/ / /

/ / /

/ / /

/ / /

---

[1] ECF No 69 was filed by Defense counsel but also signed by Plaintiff's attorney to acknowledge his agreement that the case be changed to a jury trial.

CLAC 5845111.1

IT IS HEREBY STIPULATED AND AGREED by and between Defendant SMITH'S FOOD & DRUG CENTERS, INC., through its attorney of record, JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A. and Plaintiff ANN SCOTT through her attorney of record, JONATHAN B. LEE, ESQ. of THE RICHARD HARRIS LAW FIRM that the trial in this matter be continued to the first date available for civil trials in the calendar year 2021.

Respectfully submitted this 4th day of September, 2020.

| RICHARD HARRIS LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/Jonathan B. Lee, Esq.<br>JONATHAN B. LEE, ESQ.<br>Nevada Bar No. 008282<br>801 South Fourth Street<br>Las Vegas, Nevada  89101<br>(702) 444-4444<br>Attorneys for Plaintiff<br>ANN SCOTT | /s/ Jerry S. Busby, Esq.<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>3016 West Charleston Boulevard, #195<br>Las Vegas, Nevada  89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS HEREBY ORDERED that the trial be rescheduled to take place on the Court's trial stack beginning  April 5, 2021 at 9:00 a.m.  Calendar call will be held March 31, 2021 at 1:30 p.m.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: September 14, 2020

CLAC 5845111.1

2