UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANN SCOTT, | Case No. 2:18-CV-303 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| SMITH'S FOOD AND DRUG CENTERS, INC., | |
| Defendant(s). | |

Presently before the court is the matter of *Scott v. Smith's Food & Drug Centers, Inc.*, case number 2:18-cv-00303-JCM-VCF.

The parties have apprised this court of a full and final settlement with an appropriate notice and stipulation for dismissal forthcoming.  Due to the upcoming calendar call, this court proceeds to reschedule trial as follows:

- Calendar call for July 21, 2021, at 1:30pm, in courtroom 6A; and

- Trial for July 26, 2021, at 9:00am, in courtroom 6A.

Accordingly,

IT IS SO ORDERED.

DATED March 5, 2021.

UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge